JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NORTHRIDGE FAMILY SERVICE STN, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EXXONMOBIL OIL CORPORATION, a New York corporation, EXXONMOBIL CORPORATION, a New Jersey corporation, CIRCLE K STORES INC., a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. CV12-08877 PA (VBKx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 16, 2012<br><br>District Judge:   Hon. Percy Anderson<br>Dept:             15<br><br>Magistrate:       Hon. Victor B. Kenton<br>Dept:             590<br>Trial Date:       August 13, 2013 |

1    Having considered the Stipulation to Dismiss Entire Action With Prejudice by
2 and between the parties, the Court hereby orders this action to be dismissed with
3 prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party
4 shall bear their own attorneys' fees and costs.

6    IT IS SO ORDERED.

9 Dated: August 7, 2013                    _____
10                                          Hon. Percy Anderson
                                            United States District Judge